# EDWARDS ANGELL PALMER & DODGE LLP

90 State House Square  Hartford, CT  06103  860.525.5065  *fax* 860.527.4198  eapdlaw.com

**Scott H. Casher**
203.353.6827
*fax* 888.325.9167
scasher@eapdlaw.com

September 26, 2006

**VIA ECF**
Hon. Michael L. Orenstein
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722-4438

> Re:   **Christine F. Goldstein v. Verizon New York Inc.**
>       **04 Civ. 2788 (SJF)(MO)**

Dear Magistrate Orenstein:

This firm represents defendant Verizon New York Inc. in the above-entitled action. I write to inform you that the parties settled this matter yesterday during a mediation. Therefore, the parties jointly request that the case be taken off your calendar and that the conference scheduled for this Friday, September 29, 2006, at 3 p.m., be cancelled. Per your secretary's instructions to me via telephone this afternoon, a stipulation of dismissal will be filed with the District Court.

Thank you for your attention to this matter.

Respectfully submitted,

Scott H. Casher (SC 7903)


cc:   Anthony Mango, Esq.
      Attorney for Plaintiff
      (*via email*)

STM_217018_1/SCASHER

BOSTON | FT. LAUDERDALE | HARTFORD | NEW YORK | PROVIDENCE | SHORT HILLS | STAMFORD | WEST PALM BEACH | WILMINGTON | LONDON